# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1975 | **DATE** | 4/7/2010 |
| **CASE TITLE** | SynQor vs. Huawei Technologies Co., Ltd. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Briefing schedule as to SynQor Inc.'s motion to compel Huawei Technologies Co., Ltd.'s response to subpoena [1]; Response by 4/28/2010. Reply by 5/12/2010. Ruling by mail.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|